UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-5013 |
| v. | |
| ALI ABBAS | **Order for Continuance** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Ray Mateo, Assistant U.S. Attorney), and defendant Ali Abbas (by David Oakley, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this order through October 30, 2020, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant having waived such right and consented to the continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties seek additional time to discuss the case, including potential plea discussions;

2. The defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 6th day of July, 2020,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued from the date of this Order through and including October 30, 2020;

**IT IS FURTHER ORDERED** that the period from the date of this Order through and including October 30, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

Consented and Agreed By:

_____
David Oakley
Counsel for Defendant

_____
Ray Mateo
Assistant United States Attorney